UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: | Case No:. 09-81825 |
| SANITARY AND IMPROVEMENT DISTRICT NO. 251 OF SARPY COUNTY, NEBRASKA, | **CHAPTER 9 STATEMENT OF QUALIFICATION UNDER SECTION 109(C) OF THE UNITED STATES BANKRUPTCY CODE** |
| Debtor. | |

1. Sanitary and Improvement District No. 251 of Sarpy County ("Debtor") is a municipality as defined in Section 101(40) of the United States Bankruptcy Code;

2. The Debtor is specifically authorized, in its capacity as a municipality or by name, to be a debtor under such chapter by State law, or by a governmental officer or organization empowered by State law to authorize such entity to be a debtor under such chapter;

3. The Debtor is insolvent;

4. The Debtor desires to effect a plan to adjust such debts and has obtained the agreement of creitors holdinng at least a majority in amount of the claims of each class that such entity intends to impair under a plan in a case under Chapter 9.

Dated this 8th day of July, 2009

By:/s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402) 334-0815
brian@fdjlaw.com
Attorney for said Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A MUNICIPALITY

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Statemenet of Qualification Under Section 109(C) of the United States Bankruptcy Code and that it is true and correct to the best of information and belief.

Date July 8, 2009

                                         By: /s/Chad LaMontagne
                                         Name: Chad LaMontagne
                                         Title: Chairmain – Board of Trustees