AAI Inc
2500 Wildcat Dr
Lincoln NE 68521

Antonietta Scaletta
5120 Leavenworth St
Omaha, NE 68106

Barbara Udes Shaw Char Fndtn
17007 Marcy St, Ste 1
Omaha NE 68118

Bernard B Gadwood Jr
1580 Mann Dr #B
Pinole CA 94564

Beverly Kay Johnson Rev Tr
9311 Whispering Wind Rd
Lincoln NE 68512

Blair Meyer & Linda Meyer
W287 N8910 Center Oak Road
Hartland WI 53029

Brenda K Witter & Barbara A Romano
3325 N 129th Circle
Omaha NE 68164

Butte Inc
Box 1328
Cheyenne WY 82003

Byron Heyer Tr
86571 528 Ave
Plainview NE 68769

C John Guenzel
12605 S 12th
Roca NE 68430

Carl Franzen Rev Trust
725 Florida Ave
York NE 68467

Carl Scaletta
5120 Leavenworth St
Omaha, NE 68106

Casimir J Sturek TTEE

7886 Lakeview  
Ralston, NE 68127

Censtat Financial Inc  
1212 No 96th St  
 Omaha NE 68134

Charles L Kreshel  
4141 Normal Blvd #25  
Lincoln NE  68506

Charles Witt SEP/IRA  
504 Matthies Dr  
Papillion NE 68046

Clarence W Haws  
9615 Firethorn Ln  
Lincoln NE 68520

Colleen Imbrock & James Imbrock  
9111 No 138 St  
Omaha NE 68142

Connie D Hall  
7440 San Mateo Ln  
 Lincoln NE 68516

Curtis State Bank  
301 Center Ave Box 45  
Curtis NE 69025

Dale A Herter & Barbara A Herter  
50010 24th Rd  
Gibbon NE 68840

Dale K Hayes Family Trust  
3500 Faulkner Dr Apt #B202  
 Lincoln NE 68516

Dale L Zadina Tr  
47832 Mill Rd  
 Ord NE 68862

Daniel J Hirschfeld  
3606 Fourth Ave  
Kearney NE 68845

Daniel R Ripa & Daniel R Ripa  
4000 South 98th St

Lincoln NE 68520

Daniel R Ripa Cust  Madeline R Ripa
4000 South 98th St
 Lincoln NE 68520

Daniel T Scully
9601 Firethorn
Lincoln NE 68520

Darryl E Rivers Marital Trust
525 Waverly Rd
 Raymond NE  68428

David Bailis & Lea Bailis
1239 North 138th St
Omaha NE 68154

David Lee Hershiser  & Margaret M Hershiser
1518 N 133rd St
Omaha NE 68154

David P Kucirek & Shirley M Kucirek
14102 Tregaron  Ridge Ave Unit F
Bellevue NE 68123

David Richard Dyke Rev Tr
9201 Tuscan Ct
 Lincoln NE 68520

Dennis B Andersen QTIP Trust
3808 Yaupon Pl
 Loveland CO  80538

Dennis V. Nelson
7307 N 76th St
Omaha, NE 68122

Denton Dollars For Scholars
3200 W Pleasant Hill Rd
Lincoln NE 68523

Dianna L Sukstorf Irrev Tr
1120 S 101st St
Omaha NE 68124

Donaldson W Kingsley Jr & Patricia Anne Kingsley
1109 N Elm
Hastings NE 68901

Donna R Eicher & Warren Eicher
6920 NW 2nd St
 Lincoln NE 68521

Dorothy M Haskins
820 Robert Rd
 Lincoln NE 68510

Dorothy O Hayes Revocable Trust
6449 Winding Ridge Cir
Lincoln NE 68512

Duane Havrda
1682 N Deer Run
Fremont, NE 68025

Duane Severson & Karen Severson
3501 Golf View Dr
Norfolk NE 68701

Dwain R Horn Trust
8141 Farnam Dr Unit 123
Omaha NE 68114

Eileen J Boyle TTEE
8454 Woolworth
Omaha, NE 68124

Elaine E Dyke Revocable Trust
9201 Tuscan Ct
 Lincoln NE 68520

Elmer E Vogt Revoc Liv Tr
3720 N 334th
Elmwood NE 68349

Est Willard S Folsom
129 Flying Cloud Isle
Foster City CA  94404

Estate of  Roger D Anderson
PO Box 1507
Grand Island NE 68802

Esther M Lewis
7200 Van Dorn Apt #259
Lincoln NE 68506

F Lynne Udes Scott Charitable Fndtn
17007 Marcy St, Ste 1
Omaha NE 68118

Filadelfo Jack Scaletta
5120 Leavenworth St
Omaha, NE 68106

First Bank & Tr Cozad
Box 7
 Cozad NE 69130

First National Bank Lewellen
Box 248
Lewellen NE 69147

First Natl Bk Pledge A/C Garden County Schools
Box 248
Lewellen NE 69147

First Westroads Bank
15750 W Dodge Rd
Omaha NE 68154

Francis A Haskins
820 Robert Rd
 Lincoln NE 68510

Fred B Lorenz Living Trust
12215 North 60th St
Omaha NE 68152

Gary R & Betty L Brewer Tr
8119 9th Hole Dr.
 Port St. Lucie FL 34952

George L Butler
120 Irvine Cove Cir
Laguna Beach, CA 92651

Gerald L Langerman
121 Hwy 15
Fenton, IA 50539

Geraldine W Plettner & David C Plettner
PO Box 503
Sutton NE 68979

Harlan D & Ladonna Groothuis
8163 39th Ave
Columbus NE 68601

Harold Stryker Trust  FBO Cletas Stryker
134 Lakeshore  Dr
Columbus NE 68601

Harold W Klein  & Sharon L Klein
4020 Fran Ave
Lincoln NE 68516

Helen Wiemer
PO Box 282
Creston NE 68631

J John Miller & Karen K Miller
9601 Thornwood Circle
 Lincoln NE 68512

Jack H Miller & Garnet G Miller
313 So 49th Ave
Omaha NE 68132

James A Laphen & Irene Laphen
1302 S 181st Plaza
Omaha NE 68130

James C. Cripe
11730 Farnam Street
Omaha  NE 68154

James K Grabouski
3012 Hamilton Blvd
Sioux City IA 51104

James K Grabouski
3012 Hamilton Blvd
Sioux City IA 51104

Jane L Fischer
4383 Edgewater Crossing Dr
 Jacksonville FL 32257

Janic A Smigelsky
2232 N 161st St
Omaha,, NE 68116

Jerome L Heinrichs Living Trust
1609 N 128 Circle
Omaha NE 68154

John C. Gerard
434 JE George Blvd
Omaha, NE 68132

John H Ransom
415 N 38th St
Omaha, NE 68131

John Leonard Watson
PO Box 30172
Lincoln NE 68503

John Meuret Revocable Trust
201 Second St  PO Box 146
Brunswick NE  68720

John R Greguska
19605 Browne Cir
Elkhorn NE 68022

John R O'Shea Revocable Trust
2201 The Knolls
Lincoln NE 68512

Joy N Anderson Trust
PO Box 659
Stromsburg NE 68666

Judith Hemberger
2122 Uplands Circle
Estes Park CO  80517

Judy J Tenhulzen
6308 S 28th St
Lincoln NE  68516

Karen L Alderson 2006 Rev Living Tr
733 Bay Tree Ln
 El Cerrito CA  4530

Karen M Verdirame & Joseph Verdirame
17505 Island Circle
Bennington NE 68007

Katherine E Becker
1214 Howard St #203
Omaha NE 68102

Kevin K Wycoff & Paige Wycoff
1244 Heritage Dr
Hastings NE 68901

Kimberly Karr Norton Tr
35 Cottonwood Dr
Columbus NE 68601

Larry L Callen Rev Living Tr
10060 E Sabino Estates Dr
Tucson AZ  85749

Lengemann & Associates PC
1410 E Gold Coast Road
Papillion NE 68046

Lengemann & Associates PC
1410 E Gold Coast Road
Papillion NE 68046

Louisa N Oberg
6803 North 68th Plz Apt #509
Omaha, NE 68152

Louise E Nyffeler Tr
3269  38th Ave
Columbus NE 68601

Louise E Smith
511 N 3rd Ave
Hastings NE 68901

Luther Bakenhus
21269 310th St
Columbus NE 68601

Lyle M & Doris V Jones
1200 Smoky Hill Rd
Lincoln NE 68520

Lyle O Hansen & Audra Kae Hansen
4512 E 42nd St Apt #208
Sioux Falls SD 57110

M P Wenninghoff Sr Trust
6334 Parklane Dr
Omaha, NE 68104

Marcia Ellen Dickey & Ricky L Dickey
5827 Woodstock Ave
Lincoln NE 68512

Marie E Knickrehm Revoc Liv Tr
677 Larkspur
 Grand Junction CO  81506

Mark Allen Block & Margo Sue Block
1500 Wittstruck Rd
Roca NE 68430

Mark J Butler & Ann M Willet
701 Pier Two
 Lincoln NE 68528

Marsha A Lommel
7436 Karl Dr
Lincoln NE 68516

Martin W Arter & Kim R Arter
PO Box 2081
Norfolk NE 68701

Marvin F Oberg & Louisa N Oberg
6803 North 68th Plz Apt #509
Omaha, NE 68152

Mary T Norton
35 Cottonwood Dr
Columbus NE 68601

Max H Callen
17601 S 82nd
 Hickman NE 68372

Michael & Mark Lebaron
2040 Stockwell
 Lincoln NE 68502

Michael A Sellett & Mary Alice Huemoeller
PO Box 256
Wilson WY 83014

Michael Callen
3621 Diablo Dr
Lincoln NE 68516

Michael J Meyer & Sherry L Meyer
7616 Park St
Lenexa KS 66216

Mike D Anderson
14000 Shiloh Rd
 Bennet NE 68317

Mike D Anderson Reinsurance Ltd
2500 Wildcat Dr
Lincoln NE 68521

Mike D Anderson Reinsurance Tr Wells Fargo Bank N A
1258 O Street
 Lincoln NE 68508

Miriam Misle Revoc Tr
919 S Cotner Blvd
 Lincoln NE 68510

Nick Dionisopoulos
448 Wellington H
West Palm Beach FL  33417

Paige Norton Tr
35 Cottonwood Dr
Columbus NE 68601

Patricia A King
8605 W Denton Rd
Denton NE 68339

Patricia M Kamtz Living Tr
7410 Glynoaks Dr
Lincoln NE 68516

Paul Marvin Hefti II
3301 Verbena
Scottsbluff  NE 69361

Pearle F Finigan
6321 A Street
 Lincoln NE 68510

Peter Dionisopoulos & Christie Dionisopoulos
2421 Switchback Rd
 Lincoln NE 68512

Phyllis Acklie
2200 Woodsdale Blvd
 Lincoln NE 68502

R & J Living Trust
P.O. Box 710
Wisner NE 68791

Richard N Bjorklund & Joyce C Bjorklund
4130 S 39th St
Lincoln NE 68506

Rita A Lorenz
12215 North 60th St
Omaha NE 68152

Rivkah Bradsky
PO Box 4245
 Rapid City SD 57709

Robert E Campbell II Revoc Trust
6057 Chartwell Ln
 Lincoln NE 68516

Robert E Morin Trust
3500 Faulkner Dr Apt #B202
 Lincoln NE 68516

Roberta M Urwiller Tr
16151 West Eagle Ridge Dr
Surprise AZ  85374

Rochelle L Good Revocable Trust
PO Box 881716
Steamboat Springs CO 80488

Rodney D Rhoden
4111 S 144th St
 Omaha NE 68137

Rodney E Chrisp Revoc Tr
77585 Iroquois Dr
 Indian Wells CA 92210

Rodney L Smith
1345 140th
Pleasant Dale NE 68423

Ronald D Less & Tammy R Less
PO Box 125
Milford IA 51351

Ronald G Samson & Susan S Samson
3144 S 30th St
Lincoln NE 68502

Ronald L & Francia C. Witt TTEE
5065 S 149 CT
Omaha, NE 68137

Ronald Willet & Imelda M Willet
6435 Colfax
 Lincoln NE 68507

Rosemary Lebaron Haberlan & Lane Stuart Haberlan
4710 Bryson St
Lincoln NE 68510

Roy Yanagida & Dorothy Yanagida
5030 Sugar Creek Rd
Lincoln NE 68516

Sarpy County Attorney
1210 Golden Gate Drive Suite 3147
Papillion, NE 68046-2889

Sarpy County Treasurer
1210 Golden Gate Drive
Papillion, NE 68046-2893

SMITH HAYES Companies
Box 83000
 Lincoln NE 68501

Sam Marchese
1436 N 143rd Ave
Omaha  NE 68154

Samuel M Prososki SEP/IRA
921 2nd St
Columbus NE 68601

Sarah E O'Shea Revocable Trust

902 N Lakeshore Dr
Lincoln NE 68528

Sarah F Ginn Revoc Tr
8459 Woolworth Ave
Omaha NE 68124


Security First Bank  Rapid City  SD
1540 Samco Rd Suite B
 Rapid City SD  57702

Security National Bank Omaha
PO Box 31400
Omaha NE  68131

Seymour Bailis & Eunice Bailis
213 S Woods Mill Rd Apt #4308
Chesterfield MO 63017

Sharon Annan
15005 Farnam Circle
Omaha NE 68154

Shirley Zegar & Lisa M Zegar & Sandra Christen
 3760 Regency  Place
Columbus NE 68601

Sol Friedman & Lois Friedman
1721 S 109th St
Omaha NE 68144

Sondra S Block
1020 Wittstruck Rd
 Roca NE 68430

Stacy M Connor Revocable Trust
9607 Royal Calcutta Pl
Bradenton FL 34202

Stanley J Prokes Revoc Tr
898 O St
 David City NE 68632

Steven B Gottsch & Carolyn S Gottsch
Box 189
 Chambers  NE 68725

Steven Jay Russell & Claudia L Russell

6920 Westshore Dr
Lincoln NE 68516

Steven K Krueger & Judy A Krueger
6230 Andrew Ct
Lincoln NE 68512


Susan F Krugerud
3011 South Xeric Ct
Denver CO 80231

Taylor H McMaster
1004 Main St
Kansas City MO 64152

Terry A McCarl
3230 N 74th St
Lincoln, NE 68507

Thomas A Tallman Revoc Tr
2330 Woodsdale Blvd
Lincoln NE 68502

Tracy L Skoog Irrev Tr
1120 S 101st St
Omaha NE 68124

Trent Bills & Mary Lou Bills
23995 W 112th Terrace
Olathe KS 66061

Triple K West Inc
600 W  E Street
Lincoln NE 68522

U S Investment Partnership
17007 Marcy St, Ste 1
 Omaha NE 68118

U S Investment Partnership II A Partnership
17007 Marcy St, Ste 1
Omaha NE 68118

Vincent J Bird & Elaine H Bird
2607 N 161 Terr
Omaha NE 68116

Virgil Eihusen Fndtn

4100 W Husker Hwy
Grand Island NE 68803

Virgil L Horne & Ann M Horne
5819 Berkeley Dr
Lincoln NE 68512


William A Blauvelt
Box 408
Superior NE 68978

William F McVey & Janet E McVey
One Westlake Village
Council Bluffs IA 51501

William F Templin Revoc Tr
9804 Nicholas St #215
Omaha NE 68114

William R Hengstler
11026 W Waikiki Dr
 Sun City AZ 85351

William S Evans Jr & Sharon L Evans
2765 Fairlane
Columbus NE 68601