UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: | Case No:. 09-81825 |
| SANITARY AND IMPROVEMENT DISTRICT NO. 251 OF SARPY COUNTY, NEBRASKA, | **CHAPTER 9 VERIFICATION OF CREDITOR MATRIX** |
| Debtor. | |

**DECLARATION UNDER PENALTY OF PERJURY**

**ON BEHALF OF A MUNICIPALITY**

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Creditor Matrix and that it is true and correct to the best of information and belief.

Date July 8, 2009

By: /s/Chad LaMontagne
Name: Chad LaMontagne
Title: <u>Chairmain – Board of Trustees</u>