IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: ) | CASE NO. BK. | 09-81825 |
| SANITARY AND IMPROVEMENT ) | CHAPTER 9 | |
| DISTRICT NO. 251 OF SARPY COUNTY, ) | PLAN OF ADJUSTMENT | |
| NEBRASKA, ) | | |
| ) | | |
| DEBTOR. ) | | |

This Plan of Adjustment ("Plan") is proposed and made by Sanitary and Improvement District No. 251 of Sarpy County, Nebraska ("SID #251" or the "District").

1. <u>Warrant Holders.</u> This class of creditors consists of all parties who presently own construction fund "warrants" identified on Schedule "1" and any interest warrants issued in payment for accrued interest thereon. There are no other creditors of SID #251 except those persons or entities performing services for the District and entitled to priority payment under 11 U.S.C. 503 et. seq.

Provided that said creditors of SID #251 release their claims against SID #251 as set forth herein, SID #251 will deliver funds of the District in the amount and in the manner as set forth in paragraphs 4, 5 and 6 below in full settlement of such creditor's claims. The claims of members of this class of creditors are impaired under this Plan.

2. <u>Execution of Plan of Adjustment</u>. Upon confirmation of this Plan of Adjustment, SID #251 will execute and deliver to the disbursing agent appointed by the Court the funds described in paragraphs 4, 5 and 6 from time to time in the manner described therein.

This Plan requires the holders of the warrants set forth on Schedule "1" to deliver to SID #251 and/or the disbursing agent appointed by the Court, within a reasonable period of time after confirmation of the Plan, the described warrants (including interest warrants). The Bankruptcy Court will be requested as part of the order confirming this Plan to require delivery of warrants as set forth herein. No payment shall be made by the disbursing agent to any creditor unless said disbursing agent has received the applicable warrant(s) and/or an affidavit of lost or stolen security and indemnification thereon. Furthermore, in order to assure that said creditors cannot continue to hold their warrants with a view towards having them redeemed by the Treasurer of Sarpy County, Nebraska, all such warrants not delivered to the disbursing agent within six months from the date of confirmation of this Plan shall be deemed cancelled and of no further

1

force and effect and the Court shall be requested in its order confirming the Plan to restrain the Sarpy County Treasurer from paying or redeeming such warrants.

3. <u>Administrative Costs.</u>  The only administrative costs thus far have been for services and out of pocket expenses of the District's legal counsel, Fullenkamp Doyle & Jobeun.  Said counsel has not received any payment on account of such services or out-of-pocket expenses.  To date, legal services rendered based on the agreed upon rate of $250/hour total $37,500.00 and the out-of-pocket expenses are $4,063.10.  All such legal fees and expenses together with such additional administrative costs and expenses as are incurred herein shall be paid from the District's construction/bond fund and shall be paid prior to any disbursements pursuant to paragraphs 4, 5 or 6 below.

4. <u>Initial Cash Disbursement.</u>  SID #251 shall, within 90 days following the date of confirmation of this Plan by the Bankruptcy Court, deliver to the disbursing agent appointed by the Court all the cash and investments with accrued interest thereon on deposit in SID #251's construction/bond fund less a) the paragraph 3 administrative costs and any disbursing agent fees b) a transfer to the general (operating) fund of SID #251 of Three Hundred Fifty Thousand ($350,000) Dollars. The  remaining funds shall be paid out to the warrant holders as follows: a) redeem in cash the interest warrants of the District issued in March of 2009 in the amount of $695,774.39 , except that the disbursing agent shall not pay those script warrants held by Gretna Stone, LLC and subject to the paragraph 5 Phase III detachment below, b)  the balance shall be distributed to the warrant holders based upon their pro-rata share as shown on Schedule "1".

5. <u>Phase III Detachment</u>.  Phase III is those lots described currently as:

   Lots 236 through 328, inclusive, Standing Stone, a subdivision as surveyed,

   platted and recorded in Sarpy County, Nebraska.

The property located in Phase III is owned entirely by Gretna Stone, LLC, a Nebraska limited liability company, who bought the lots from the original developer.  Gretna Stone, LLC currently holds $646,553.04 of construction fund warrants and $45,258.71 in script warrants for a total of $691,811.75.  Gretna Stone LLC shall relinquish all of its right title and interest in and to all of the warrants which it presently owns; those warrants shall be cancelled immediately and be of no further force and effect.  The Phase III lots shall be detached from the District and the special assessments levied against each of those lots cancelled and released.

6. <u>Warrants</u>.  All warrants delivered to the disbursing agent shall be held by such disbursing agent in trust for each warrant holder. Each warrant holder will be given a Certificate of Indebtedness from the disbursing agent evidencing their pro-rata share of these paragraph 6 payments to be made by the District in accordance with this Plan. The first payment under the Certificate of Indebtedness will be the initial disbursement as set forth in paragraph 4 above. Each Certificate of Indebtedness shall accrue interest from the date of approval of the Plan by the United States Bankruptcy Court for the District of Nebraska at the rate of four and one-half (4.5%) percent per annum simple interest on the outstanding principal balance. No new interest warrants shall be issued as evidence of or on account thereof and such warrants shall not be deemed to be in default.  SID #251 and/or the disbursing agent shall thereafter, subject to the prior limitations and cancellation provision set forth herein, within 45 days following the balancing of SID #251's books by the Sarpy County Treasurer as of December 31 of each year deliver to each warrant holder his/her/its pro-rata share of any funds on deposit with the Sarpy County Treasurer in SID #251's construction/bond fund except  any bond sinking fund requirements of paragraph 6(c) below from

>(a) The collection of any and all special assessments levied by SID #251 against properties located within its corporate boundaries together with any miscellaneous revenues which by law, custom or usage are deposited in a sanitary and improvement district construction/bond funds.
>
>(b) Any ad valorem real estate taxes collected from a construction/bond fund levy of $0.50 for taxes which become delinquent in 2011, 2012 and 2013 and a levy of $0.65 annually thereafter. In no event shall the construction/bond fund levy together with a general fund levy of $0.25 exceed by more than ten (10%) percent  the average total tax levy of the thirty highest tax levies of sanitary and improvement districts located in Sarpy County, Nebraska.
>
>(c) The net proceeds from the issuance by SID #251 of bonds as directed by Kuehl Capital Corporation  ("KCC") the District's fiscal agent or its successors and assigns, which bonds shall be in an amount which can be issued on a level payment basis over a period of twenty (20) years, reserving a bond sinking fund

3

equal to one-year's principal and interest requirement, the amortized proceeds of which together with an ad valorem tax levy in the amount as set forth in subparagraph (b) above on the then current SID # 251's tax base is sufficient to fund such bonds on a year to year basis. Such bonds shall be issued prior to December 31, 2022 as directed by KCC and the disbursing agent.

<u>AT THE EARLIER OF THE DATE THE NET PROCEEDS FROM PARAGRAPHS 6(A) THROUGH (C) SHALL BE SUFFICIENT TO PAY ALL THE REMAINING WARRANTS DESCRIBED IN PARAGRAPH 1 ABOVE OR DECEMBER 31, 2022 ANY REMAINING WARRANTS HELD BY THE DISBURSING AGENT AND/OR SID #251 PURSUANT TO THIS PLAN SHALL BE CANCELLED AND NO FURTHER PAYMENTS ON ACCOUNT THEREOF WILL BE MADE. ON DECEMBER 31, 2022 ANY OUTSTANDING WARRANT HELD BY THE DISBURSING AGENT TOGETHER WITH ANY CERTIFICATE OF INDEBTEDNESS EVIDENCING THE SAME SHALL BECOME NULL AND VOID.</u>

During any year-end, except the year 2022, in which the amounts to be disbursed pursuant to this Plan do not exceed $100,000 then such funds shall be invested at the discretion of KCC and disbursed at the next payment date at which the amounts on hand exceed $100,000.

The disbursing agent shall provide each warrant holder an accounting for each disbursement made. The disbursing agent shall be entitled to fair and reasonable compensation for acting as the disbursing agent which amount, when approved by the Board of Trustees of SID #251, may be paid for from the construction/bond fund of SID #251.

Bonds, certificate's of indebtedness or any other form of security which will be offered and sold by means of and in accordance with offering circulars under the Plan of Adjustment pursuant to and for the purposes of 11 U.S.C. Section 1125(e). SID #251; KCC; Baird Holm LLP or such future bond counsel as the case may be; Fullenkamp Doyle & Jobeun, counsel for SID #251; Awerkamp, Goodnight, Schwaller & Nelson, P.C., its accountant; Jones & Lowe P.C., its auditor; Smith Hayes Financial Corporation, the warrant underwriter, and SID #251's Board of Trustees, have all acted in good faith and in compliance with the applicable provisions of the Bankruptcy Code and are entitled to protection of 11 U.S.C. Section 1125(e).

7. <u>Confirmation</u>.  It is anticipated that this Plan shall be confirmed by the United States Bankruptcy Court for the District of Nebraska and therefore be binding on you in the event that it is accepted by more than 50% of the number of creditors holding more than 66.67% of the outstanding voting dollar debt.

Dated: <u>July 8</u>, 2009.

          SANITARY AND IMPROVEMENT DISTRICT NO. 251 OF SARPY COUNTY, NEBRASKA

          By: <u>/s/Brian C. Doyle</u>
          Brian C. Doyle, #23001
          FULLENKAMP, DOYLE & JOBEUN
          11440 West Center Road
          Omaha, NE 68144
          Phone: 402-334-0700
          Fax: 402-334-0815
          brian@fdjlaw.com

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A MUNICIPALITY**

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Plan of Adjustment and that it is true and correct to the best of information and belief.

Date July 8, 2009

          By: <u>/s/Chad LaMontagne</u>
          Name: <u>Chad LaMontagne</u>
          Title: <u>Chairmain – Board of Trustees</u>

**Sarpy SID 251 CF Wt List**

## SCHEDULE 1

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Louisa N Oberg | Louisa N Oberg | | 6803 North 68th Plz Apt #509 Omaha, NE 68152 | $49,986.08 | ▇ | 623-624, 630-634 & 636 | 0.5377% | | 0.0000% |
| Marvin F Oberg & Louisa N Oberg | | | 6803 North 68th Plz Apt #509 Omaha, NE 68152 | $40,000.00 | ▇ | 40-43 | 0.4303% | | 0.0000% |
| Marvin F Oberg & Louisa N Oberg | | | 6803 North 68th Plz Apt #509 Omaha, NE 68152 | $39,749.80 | ▇ | 122-123, 175, 201, 207, 212 & 217 | 0.4276% | | 0.0000% |
| Marvin F Oberg & Louisa N Oberg | | | 6803 North 68th Plz Apt #509 Omaha, NE 68152 | $50,000.00 | ▇ | 1122-1126 | 0.5379% | | 0.0000% |
| Kimberly Karr Norton Tr | Mary Norton TTEE | Kimberley Karr Norton Tr | 35 Cottonwood Dr Columbus NE 68601 | $10,000.00 | ▇ | 541 | 0.1076% | 1 | 0.1076% |
| Paige Norton Tr | Mary Norton TTEE | Paige Norton Tr | 35 Cottonwood Dr Columbus NE 68601 | $10,000.00 | ▇ | 540 | 0.1076% | 1 | 0.1076% |
| Luther Bakenhus | | | 21269 310th St Columbus NE 68601 | $10,000.00 | ▇ | 287 | 0.1076% | 1 | 0.1076% |
| Mary T Norton | | | 35 Cottonwood Dr Columbus NE 68601 | $10,000.00 | ▇ | 289 | 0.1076% | 1 | 0.1076% |
| William S Evans Jr & Sharon L Evans | | | 2765 Fairlane Columbus NE 68601 | $10,000.00 | ▇ | 288 | 0.1076% | 1 | 0.1076% |
| Shirley Zegar & Lisa M Zegar & Sandra Christen | | | 3760 Regency Place Columbus NE 68601 | $30,000.00 | ▇ | 151-153 | 0.3227% | 1 | 0.3227% |
| Harold Stryker Trust FBO Cletas Stryker | David Duren TTEE | | 134 Lakeshore Dr Columbus NE 68601 | $20,000.00 | ▇ | 293-294 | 0.2152% | 1 | 0.2152% |
| Lyle O Hansen & Audra Kae Hansen | | | 4512 E 42nd St Apt #208 Sioux Falls SD 57110 | $11,083.69 | ▇ | 395 & 419-420 | 0.1192% | 1 | 0.1192% |
| Lyle O Hansen & Audra Kae Hansen | | | 4512 E 42nd St Apt #208 Sioux Falls SD 57110 | $8,332.29 | ▇ | 443 | 0.0896% | 1 | 0.0896% |
| Lyle O Hansen & Audra Kae Hansen | | | 4512 E 42nd St Apt #208 Sioux Falls SD 57110 | $16,304.52 | ▇ | 564-565 | 0.1754% | 1 | 0.1754% |
| Lyle O Hansen & Audra Kae Hansen | | | 4512 E 42nd St Apt #208 Sioux Falls SD 57110 | $50,000.00 | ▇ | 625-629 | 0.5379% | 1 | 0.5379% |
| Harlan D & Ladonna Groothuis | TOD Mark Groothuis | Brenda J Groothuis | 8163 39th Ave Columbus NE 68601 | $27,676.67 | ▇ | 733 & 744-746 | 0.2977% | 1 | 0.2977% |
| Judith Hemberger | | | 2122 Uplands Circle Estes Park CO 80517 | $20,000.00 | ▇ | 138-139 | 0.2152% | 1 | 0.2152% |
| Judith Hemberger | | | 2122 Uplands Circle Estes Park CO 80517 | $20,000.00 | ▇ | 295-296 | 0.2152% | 1 | 0.2152% |
| Judith Hemberger | | | 2122 Uplands Circle Estes Park CO 80517 | $20,000.00 | ▇ | 534-535 | 0.2152% | 1 | 0.2152% |
| Judith Hemberger | | | 2122 Uplands Circle Estes Park CO 80517 | $30,000.00 | ▇ | 740-742 | 0.3227% | 1 | 0.3227% |
| Gary R & Betty L Brewer Tr | Betty L Brewer TTEE | Gary R Brewer TTEE | 8119 9th Hole Dr. Port St. Lucie FL 34952 | $20,000.00 | ▇ | 538-539 | 0.2152% | 1 | 0.2152% |
| Stanley J Prokes Revoc Tr | Stanley J Prokes TTEE | | 898 O St David City NE 68632 | $20,000.00 | ▇ | 140-141 | 0.2152% | | 0.0000% |
| Stanley J Prokes Revoc Tr | Stanley J Prokes TTEE | | 898 O St David City NE 68632 | $20,000.00 | ▇ | 532-533 | 0.2152% | | 0.0000% |

Sarpy SID 251 CF Wt List

## SCHEDULE 1

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Brenda K Witter & Barbara A Romano | | | 3325 N 129th Circle Omaha NE 68164 | $20,000.00 | | 136-137 | 0.2152% | 1 | 0.2152% |
| Brenda K Witter & Barbara A Romano | | | 3325 N 129th Circle Omaha NE 68164 | $10,000.00 | | 290 | 0.1076% | 1 | 0.1076% |
| Louise E Nyffeler Tr | Louise E Nyffeler TTEE | | 3269 38th Ave Columbus NE 68601 | $20,000.00 | | 134-135 | 0.2152% | 1 | 0.2152% |
| Louise E Nyffeler Tr | Louise E Nyffeler TTEE | | 3269 38th Ave Columbus NE 68601 | $10,000.00 | | 291 | 0.1076% | 1 | 0.1076% |
| Louise E Nyffeler Tr | Louise E Nyffeler TTEE | | 3269 38th Ave Columbus NE 68601 | $20,000.00 | | 536-537 | 0.2152% | 1 | 0.2152% |
| Louise E Nyffeler Tr | Louise E Nyffeler TTEE | | 3269 38th Ave Columbus NE 68601 | $10,000.00 | | 738 | 0.1076% | 1 | 0.1076% |
| Helen Wiemer | | | PO Box 282 Creston NE 68631 | $10,000.00 | | 743 | 0.1076% | 1 | 0.1076% |
| Samuel M Prososki SEP/IRA | NFS/FMTC SEP IRA | | 921 2nd St Columbus NE 68601 | $10,000.00 | | 292 | 0.1076% | 1 | 0.1076% |
| Jerome L Heinrichs Living Trust | Patricia Heinrichs TTEE | Jerry Heinrichs TTEE | 1609 N 128 Circle Omaha NE 68154 | $20,000.00 | | 59-60 | 0.2152% | 1 | 0.2152% |
| Jerome L Heinrichs Living Trust | Patricia Heinrichs TTEE | Jerry Heinrichs TTEE | 1609 N 128 Circle Omaha NE 68154 | $29,382.91 | | 1111-1113 | 0.3161% | 1 | 0.3161% |
| Phyllis Acklie | | | 2200 Woodsdale Blvd Lincoln NE 68502 | $73,247.07 | | 659, 706-708 & 724-727 | 0.7880% | 0 | 0.0000% |
| Roberta M Urwiller Tr | Roberta M Urwiller TTEE | | 16151 West Eagle Ridge Dr Surprise AZ 85374 | $172,274.30 | | 67-84 | 1.8533% | 1 | 1.8533% |
| Roberta M Urwiller Tr | Roberta M Urwiller TTEE | | 16151 West Eagle Ridge Dr Surprise AZ 85374 | $120,000.00 | | 337-348 | 1.2909% | 1 | 1.2909% |
| Michael J Meyer & Sherry L Meyer | | | 7616 Park St Lenexa KS 66216 | $10,000.00 | | 63 | 0.1076% | 1 | 0.1076% |
| Nick Dionisopoulos | TOD Peter N Dionisopoulos | | 448 Wellington H West Palm Beach FL 33417 | $11,909.83 | | 350-351 | 0.1281% | 1 | 0.1281% |
| Robert E Campbell II Revoc Trust | Robert E Campbell TTEE | | 6057 Chartwell Ln Lincoln NE 68516 | $33,317.57 | | 871 & 912-914 | 0.3584% | 1 | 0.3584% |
| Peter Dionisopoulos & Christie Dionisopoulos | Account #2 | | 2421 Switchback Rd Lincoln NE 68512 | $20,000.00 | | 190-191 | 0.2152% | 1 | 0.2152% |
| Virgil Eihusen Fndtn | | | 4100 W Husker Hwy Grand Island NE 68803 | $40,000.00 | | 186-189 | 0.4303% | 1 | 0.4303% |
| Dennis B Andersen QTIP Trust | Ellen M Dailey TTEE | | 3808 Yaupon Pl Loveland CO 80538 | $26,732.64 | | 845-848 | 0.2876% | 1 | 0.2876% |
| Dennis B Andersen QTIP Trust | Ellen M Dailey TTEE | | 3808 Yaupon Pl Loveland CO 80538 | $28,881.06 | | 1082-1084 | 0.3107% | 1 | 0.3107% |
| Security First Bank Rapid City SD | | | 1540 Samco Rd Suite B Rapid City SD 57702 | $20,000.00 | | 148-149 | 0.2152% | 1 | 0.2152% |
| Security First Bank Rapid City SD | | | 1540 Samco Rd Suite B Rapid City SD 57702 | $317,271.10 | | 859-870 & 892-911 | 3.4131% | 1 | 3.4131% |
| R & J Living Trust | Rodney Fred Wartig TTEE | | P.O. Box 710 Wisner NE 68791 | $60,000.00 | | 108-113 | 0.6455% | 1 | 0.6455% |

**Sarpy SID 251 CF Wt List**  **SCHEDULE 1**

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Karen L Alderson 2006 Rev Living Tr | Karen L Alderson TTEE | | 733 Bay Tree Ln El Cerrito CA 4530 | $50,000.00 | | 574-578 | 0.5379% | 1 | 0.5379% |
| Ronald G Samson & Susan S Samson | | | 3144 S 30th St Lincoln NE 68502 | $10,000.00 | | 1075 | 0.1076% | 1 | 0.1076% |
| Blair Meyer & Linda Meyer | | | W287 N8910 Center Oak Road Hartland WI 53029 | $10,000.00 | | 64 | 0.1076% | 1 | 0.1076% |
| Marsha A Lommel | | | 7436 Karl Dr Lincoln NE 68516 | $11,948.80 | | 1014-1015 | 0.1285% | 1 | 0.1285% |
| Marsha A Lommel | | | 7436 Karl Dr Lincoln NE 68516 | $15,613.00 | | 1163-1164 | 0.1680% | 1 | 0.1680% |
| Mark Allen Block & Margo Sue Block | | | 1500 Wittstruck Rd Roca NE 68430 | $20,000.00 | | 413-414 | 0.2152% | 1 | 0.2152% |
| Susan F Krugerud | TOD Arden A Krugerud | | 3011 South Xeric Ct Denver CO 80231 | $50,000.00 | | 457-461 | 0.5379% | 1 | 0.5379% |
| Virgil L Horne & Ann M Horne | | | 5819 Berkeley Dr Lincoln NE 68512 | $30,000.00 | | 990-992 | 0.3227% | 1 | 0.3227% |
| Judy J Tenhulzen | | | 6308 S 28th St Lincoln NE 68516 | $13,749.09 | | 817 & 829 | 0.1479% | 1 | 0.1479% |
| Ronald D Less & Tammy R Less | | | PO Box 125 Milford IA 51351 | $10,000.00 | | 58 | 0.1076% | 1 | 0.1076% |
| Ronald D Less & Tammy R Less | | | PO Box 125 Milford IA 51351 | $16,500.00 | | 114-115 | 0.1775% | 1 | 0.1775% |
| Ronald D Less & Tammy R Less | | | PO Box 125 Milford IA 51351 | $30,000.00 | | 1068-1070 | 0.3227% | 1 | 0.3227% |
| Marie E Knickrehm Revoc Liv Tr | Chris Brown TTEE | Mary Kay Love & Charles Krogh TTEE | 677 Larkspur Grand Junction CO 81506 | $30,000.00 | | 198-200 | 0.3227% | 1 | 0.3227% |
| Daniel T Scully | | | 9601 Firethorn Lincoln NE 68520 | $60,000.00 | | 462-467 | 0.6455% | 1 | 0.6455% |
| Daniel T Scully | | | 9601 Firethorn Lincoln NE 68520 | $404,734.49 | | 763-803 | 4.3540% | 1 | 4.3540% |
| Daniel T Scully | | | 9601 Firethorn Lincoln NE 68520 | $50,000.00 | | 840-844 | 0.5379% | 1 | 0.5379% |
| Daniel T Scully | | | 9601 Firethorn Lincoln NE 68520 | $9,632.37 | | 930-931 | 0.1036% | 1 | 0.1036% |
| Daniel T Scully | | | 9601 Firethorn Lincoln NE 68520 | $30,000.00 | | 1079-1081 | 0.3227% | 1 | 0.3227% |
| Daniel T Scully | | | 9601 Firethorn Lincoln NE 68520 | $50,000.00 | | 1106-1110 | 0.5379% | 1 | 0.5379% |
| Michael A Sellett & Mary Alice Huemoeller | | | PO Box 256 Wilson WY 83014 | $490.70 | | 272 | 0.0053% | 1 | 0.0053% |
| Michael A Sellett & Mary Alice Huemoeller | | | PO Box 256 Wilson WY 83014 | $1,453.17 | | 959-961 | 0.0156% | 1 | 0.0156% |
| Michael A Sellett & Mary Alice Huemoeller | | | PO Box 256 Wilson WY 83014 | $630.39 | | 970 | 0.0068% | 1 | 0.0068% |
| Bernard B Gadwood Jr | | | 1580 Mann Dr #B Pinole CA 94564 | $5,876.14 | | 830 | 0.0632% | 1 | 0.0632% |

Sarpy SID 251 CF Wt List

## SCHEDULE 1

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Bernard B Gadwood Jr | | | 1580 Mann Dr #B Pinole CA 94564 | $6,699.41 | | 833-834 & 849 | 0.0721% | 1 | 0.0721% |
| Censtat Financial Inc | | | 1212 No 96th St Omaha NE 68134 | $61,350.87 | | 44-49 & 93 | 0.6600% | 1 | 0.6600% |
| Censtat Financial Inc | | | 1212 No 96th St Omaha NE 68134 | $60,000.00 | | 192-197 | 0.6455% | 1 | 0.6455% |
| Censtat Financial Inc | | | 1212 No 96th St Omaha NE 68134 | $30,000.00 | | 571-573 | 0.3227% | 1 | 0.3227% |
| Censtat Financial Inc | | | 1212 No 96th St Omaha NE 68134 | $50,000.00 | | 835-839 | 0.5379% | 1 | 0.5379% |
| Denton Dollars For Scholars | c/o Rosemary Clements | | 3200 W Pleasant Hill Rd Lincoln NE 68523 | $20,000.00 | | 65-66 | 0.2152% | 1 | 0.2152% |
| Rodney L Smith | | | 1345 140th Pleasant Dale NE 68423 | $10,000.00 | | 61 | 0.1076% | 1 | 0.1076% |
| Dianna L Sukstorf Irrev Tr | Security National Bank TTEE | Attn: Doug Oldaker | 1120 S 101st St Omaha NE 68124 | $20,000.00 | | 405 & 410 | 0.2152% | 1 | 0.2152% |
| Tracy L Skoog Irrev Tr | Security National Bank TTEE | Attn: Doug Oldaker | 1120 S 101st St Omaha NE 68124 | $20,000.00 | | 403-404 | 0.2152% | 1 | 0.2152% |
| Miriam Misle Revoc Tr | Miriam Misle TTEE | | 919 S Cotner Blvd Lincoln NE 68510 | $50,000.00 | | 985-989 | 0.5379% | 1 | 0.5379% |
| Michael & Mark Lebaron | | | 2040 Stockwell Lincoln NE 68502 | $10,000.00 | | 185 | 0.1076% | 1 | 0.1076% |
| Michael & Mark Lebaron | | | 2040 Stockwell Lincoln NE 68502 | $4,315.09 | | 1027 | 0.0464% | 1 | 0.0464% |
| Rosemary Lebaron Haberlan & Lane Stuart Haberlan | | | 4710 Bryson St Lincoln NE 68510 | $12,054.71 | | 1024,1025,1026 | 0.1297% | 1 | 0.1297% |
| Marcia Ellen Dickey & Ricky L Dickey | | | 5827 Woodstock Ave Lincoln NE 68512 | $2,545.86 | (09 scirpt) | 1427 | 0.0274% | 1 | 0.0274% |
| Dale L Zadina Tr | Dale L Zadina TTEE | | 47832 Mill Rd Ord NE 68862 | $50,000.00 | | 1158-1162 | 0.5379% | 1 | 0.5379% |
| Steven B Gottsch & Carolyn S Gottsch | | | Box 189 Chambers NE 68725 | $10,000.00 | | 62 | 0.1076% | 1 | 0.1076% |
| Louise E Smith | | | 511 N 3rd Ave Hastings NE 68901 | $6,377.13 | | 998 | 0.0686% | 1 | 0.0686% |
| Triple K West Inc | Karen Peppmuller | | 600 W E Street Lincoln NE 68522 | $30,000.00 | | 1095-1097 | 0.3227% | 1 | 0.3227% |
| Elaine E Dyke Revocable Trust | Elaine E Dyke TTEE | | 9201 Tuscan Ct Lincoln NE 68520 | $30,000.00 | | 1076-1078 | 0.3227% | 1 | 0.3227% |
| David Richard Dyke Rev Tr | David Richard Dyke TTEE | | 9201 Tuscan Ct Lincoln NE 68520 | $30,000.00 | | 1071-1073 | 0.3227% | 1 | 0.3227% |
| Est Willard S Folsom | Roxie M Folsom Per Rep | Account #1 | 129 Flying Cloud Isle Foster City CA 94404 | $15,254.00 | | 569-570 | 0.1641% | 1 | 0.1641% |
| John Leonard Watson | | | PO Box 30172 Lincoln NE 68503 | $10,000.00 | | 984 | 0.1076% | 1 | 0.1076% |
| Taylor H McMaster | | | 1004 Main St Kansas City MO 64152 | $4,799.04 | | 635 | 0.0516% | 1 | 0.0516% |

**Sarpy SID 251 CF Wt List**                                   SCHEDULE 1

| Registration1 | Registration2 | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|
| Beverly Kay Johnson Rev Tr | Beverly Kay Johnson TTEE | 9311 Whispering Wind Rd Lincoln NE 68512 | $20,000.00 | ■ | 25-26 | 0.2152% | 1 | 0.2152% |
| Jane L Fischer | | 4383 Edgewater Crossing Dr Jacksonville FL 32257 | $20,000.00 | ■ | 818-819 | 0.2152% | 1 | 0.2152% |
| C John Guenzel | | 12605 S 12th Roca NE 68430 | $20,000.00 | ■ | 333-334 | 0.2152% | 1 | 0.2152% |
| C John Guenzel | | 12605 S 12th Roca NE 68430 | $15,565.92 | ■ | 562-563 | 0.1675% | 1 | 0.1675% |
| First Bank & Tr Cozad | Attn: Ed Boos | Box 7 Cozad NE 69130 | $100,000.00 | ■ | 124-133 | 1.0758% | 1 | 1.0758% |
| First Bank & Tr Cozad | | Box 7 Cozad NE 69130 | $122,734.35 | ■ | 375-387 | 1.3203% | 1 | 1.3203% |
| First Bank & Tr Cozad | | Box 7 Cozad NE 69130 | $100,000.00 | ■ | 584-593 | 1.0758% | 1 | 1.0758% |
| First Bank & Tr Cozad | | Box 7 Cozad NE 69130 | $100,000.00 | ■ | 872-881 | 1.0758% | 1 | 1.0758% |
| First Bank & Tr Cozad | | Box 7 Cozad NE 69130 | $87,315.00 | ■ | 920-929 | 0.9393% | 1 | 0.9393% |
| First Bank & Tr Cozad | | Box 7 Cozad NE 69130 | $100,000.00 | ■ | 1028-1037 | 1.0758% | 1 | 1.0758% |
| Steven Jay Russell & Claudia L Russell | | 6920 Westshore Dr Lincoln NE 68516 | $35,590.00 | ■ | 820-823 | 0.3829% | 1 | 0.3829% |
| Sol Friedman & Lois Friedman | | 1721 S 109th St Omaha NE 68144 | $10,000.00 | ■ | 213 | 0.1076% | 1 | 0.1076% |
| Harold W Klein & Sharon L Klein | | 4020 Fran Ave Lincoln NE 68516 | $20,000.00 | ■ | 614-615 | 0.2152% | 1 | 0.2152% |
| Karen M Verdirame & Joseph Verdirame | | 17505 Island Circle Bennington NE 68007 | $20,000.00 | ■ | 415-416 | 0.2152% | 1 | 0.2152% |
| Karen M Verdirame & Joseph Verdirame | | 17505 Island Circle Bennington NE 68007 | $23,143.16 | ■ | 617-619 | 0.2490% | 1 | 0.2490% |
| Charles L Kreshel | | 4141 Normal Blvd #25 Lincoln NE 68506 | $13,705.57 | ■ | 529-531 | 0.1474% | 1 | 0.1474% |
| Kevin K Wycoff & Paige Wycoff | | 1244 Heritage Dr Hastings NE 68901 | $10,000.00 | ■ | 27 | 0.1076% | 1 | 0.1076% |
| Steven K Krueger & Judy A Krueger | | 6230 Andrew Ct Lincoln NE 68512 | $30,000.00 | ■ | 496-498 | 0.3227% | 1 | 0.3227% |
| Charles Witt SEP/IRA | | 504 Matthies Dr Papillion NE 68046 | $13,270.27 | ■ | 390-391 | 0.1428% | | 0.0000% |
| Charles Witt SEP/IRA | | 504 Matthies Dr Papillion NE 68046 | $18,523.65 | ■ | 434 & 441-442 | 0.1993% | | 0.0000% |
| Charles Witt SEP/IRA | | 504 Matthies Dr Papillion NE 68046 | $24,300.32 | ■ | 620-622 | 0.2614% | | 0.0000% |
| Dale A Herter & Barbara A Herter | | 50010 24th Rd Gibbon NE 68840 | $10,000.00 | ■ | 937 | 0.1076% | 1 | 0.1076% |
| Mark J Butler & Ann M Willet | | 701 Pier Two Lincoln NE 68528 | $20,000.00 | ■ | 579-580 | 0.2152% | 1 | 0.2152% |

Sarpy SID 251 CF Wt List

## SCHEDULE 1

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Ronald Willet & Imelda M Willet | | | 6435 Colfax Lincoln NE 68507 | $10,000.00 | | 936 | 0.1076% | 1 | 0.1076% |
| John Meuret Revocable Trust | John J Meuret TTEE | Rosella R Meuret TTEE | 201 Second St PO Box 146 Brunswick NE 68720 | $40,000.00 | | 181-184 | 0.4303% | 1 | 0.4303% |
| Daniel R Ripa Cust Madeline R Ripa | | | 4000 South 98th St Lincoln NE 68520 | $24,168.04 | | 642 & 648-649 | 0.2600% | 1 | 0.2600% |
| Daniel R Ripa Cust Elizabeth R Ripa | | | 4000 South 98th St Lincoln NE 68520 | $22,241.60 | | 641 & 646-647 | 0.2393% | 1 | 0.2393% |
| Connie D Hall | | | 7440 San Mateo Ln Lincoln NE 68516 | $20,000.00 | | 234-235 | 0.2152% | 1 | 0.2152% |
| Mike D Anderson | | | 14000 Shiloh Rd Bennet NE 68317 | $30,000.00 | | 1063-1065 | 0.3227% | 1 | 0.3227% |
| AAI Inc | | | 2500 Wildcat Dr Lincoln NE 68521 | $50,000.00 | | 485-489 | 0.5379% | 1 | 0.5379% |
| Estate of Roger D Anderson | Melodee A Anderson & | Five Points Bank Per Rep | PO Box 1507 Grand Island NE 68802 | $60,000.00 | | 32-37 | 0.6455% | 1 | 0.6455% |
| Estate of Roger D Anderson | Melodee A Anderson & | Five Points Bank Per Rep | PO Box 1507 Grand Island NE 68802 | $40,000.00 | | 166-169 | 0.4303% | 1 | 0.4303% |
| Daniel R Ripa & Daniel R Ripa | | | 4000 South 98th St Lincoln NE 68520 | $20,000.00 | | 30-31 | 0.2152% | 1 | 0.2152% |
| Daniel R Ripa & Daniel R Ripa | | | 4000 South 98th St Lincoln NE 68520 | $30,000.00 | | 251-253 | 0.3227% | 1 | 0.3227% |
| Daniel R Ripa & Daniel R Ripa | | | 4000 South 98th St Lincoln NE 68520 | $50,000.00 | | 480-484 | 0.5379% | 1 | 0.5379% |
| Mike D Anderson Reinsurance Ltd | Central States | Attn: Mike Anderson | 2500 Wildcat Dr Lincoln NE 68521 | $20,000.00 | | 179-180 | 0.2152% | 1 | 0.2152% |
| Mike D Anderson Reinsurance Ltd | Central States | Attn: Mike Anderson | 2500 Wildcat Dr Lincoln NE 68521 | $10,000.00 | | 247 | 0.1076% | 1 | 0.1076% |
| Mike D Anderson Reinsurance Tr Wells Fargo Bank N A | Wells Fargo Bank | | 1258 O Street Lincoln NE 68508 | $40,000.00 | | 327-330 | 0.4303% | 1 | 0.4303% |
| Colleen Imbrock & James Imbrock | | | 9111 No 138 St Omaha NE 68142 | $20,000.00 | | 596-597 | 0.2152% | 1 | 0.2152% |
| James A Laphen & Irene Laphen | | | 1302 S 181st Plaza Omaha NE 68130 | $20,000.00 | | 612-613 | 0.2152% | | 0.0000% |
| William F Templin Revoc Tr | William F Templin TTEE | | 9804 Nicholas St #215 Omaha NE 68114 | $10,000.00 | | 609 | 0.1076% | 1 | 0.1076% |
| Sharon Annan | | | 15005 Farnam Circle Omaha NE 68154 | $10,000.00 | | 611 | 0.1076% | 1 | 0.1076% |
| Dwain R Horn Trust | Dwain R Horn TTEE | | 8141 Farnam Dr Unit 123 Omaha NE 68114 | $20,000.00 | | 594-595 | 0.2152% | 1 | 0.2152% |
| David Lee Hershiser & Margaret M Hershiser | | | 1518 N 133rd St Omaha NE 68154 | $30,000.00 | | 661-663 | 0.3227% | 1 | 0.3227% |
| Seymour Bailis & Eunice Bailis | | | 213 S Woods Mill Rd Apt #4308 Chesterfield MO 63017 | $25,705.04 | | 406-408 | 0.2765% | 1 | 0.2765% |
| David Bailis & Lea Bailis | | | 1239 North 138th St Omaha NE 68154 | $43,831.50 | | 398-402 | 0.4715% | 1 | 0.4715% |

**Sarpy SID 251 CF Wt List**  SCHEDULE 1

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| David Bailis & Lea Bailis | | | 1239 North 138th St Omaha NE 68154 | $30,000.00 | | 492-494 | 0.3227% | 1 | 0.3227% |
| David Bailis & Lea Bailis | | | 1239 North 138th St Omaha NE 68154 | $50,000.00 | | 714-718 | 0.5379% | 1 | 0.5379% |
| David Bailis & Lea Bailis | | | 1239 North 138th St Omaha NE 68154 | $100,000.00 | | 882-891 | 1.0758% | 1 | 1.0758% |
| Rita A Lorenz | | | 12215 North 60th St Omaha NE 68152 | $7,376.78 | | 418 | 0.0794% | 1 | 0.0794% |
| Rita A Lorenz | | | 12215 North 60th St Omaha NE 68152 | $7,460.22 | | 951 | 0.0803% | 1 | 0.0803% |
| Rita A Lorenz | | | 12215 North 60th St Omaha NE 68152 | $20,000.00 | | 1085-1086 | 0.2152% | 1 | 0.2152% |
| Fred B Lorenz Living Trust | Fred B Lorenz TTEE | | 12215 North 60th St Omaha NE 68152 | $10,000.00 | | 417 | 0.1076% | 1 | 0.1076% |
| Katherine E Becker | | | 1214 Howard St #203 Omaha NE 68102 | $20,000.00 | | 709-710 | 0.2152% | 1 | 0.2152% |
| Rochelle L Good Revocable Trust | Rochelle L Good TTEE | | PO Box 881716 Steamboat Springs CO 80488 | $30,000.00 | | 711-713 | 0.3227% | 1 | 0.3227% |
| Rivkah Bradsky | | | PO Box 4245 Rapid City SD 57709 | $10,000.00 | | 349 | 0.1076% | 1 | 0.1076% |
| William F McVey & Janet E McVey | | | One Westlake Village Council Bluffs IA 51501 | $30,000.00 | | 366-368 | 0.3227% | 1 | 0.3227% |
| William F McVey & Janet E McVey | | | One Westlake Village Council Bluffs IA 51501 | $9,262.53 | | 1087 | 0.0996% | 1 | 0.0996% |
| John R Greguska | | | 19605 Browne Cir Elkhorn NE 68022 | $30,000.00 | | 1103-1105 | 0.3227% | 1 | 0.3227% |
| Sondra S Block | | | 1020 Wittstruck Rd Roca NE 68430 | $30,000.00 | | 154-156 | 0.3227% | 1 | 0.3227% |
| Martin W Arter & Kim R Arter | | | PO Box 2081 Norfolk NE 68701 | $20,318.61 | | 1137-1139 | 0.2186% | 1 | 0.2186% |
| Darryl E Rivers Marital Trust | Darryl E Rivers TTEE | Todd Rivers | 525 Waverly Rd Raymond NE 68428 | $60,000.00 | | 1038-1042 & 1054 | 0.6455% | 1 | 0.6455% |
| Daniel J Hirschfeld | | | 3606 Fourth Ave Kearney NE 68845 | $100,000.00 | | 468-477 | 1.0758% | 1 | 1.0758% |
| Daniel J Hirschfeld | | | 3606 Fourth Ave Kearney NE 68845 | $261,545.55 | | 660, 664-678, 685-695, 719 & 723 | 2.8136% | 1 | 2.8136% |
| Duane Severson & Karen Severson | | | 3501 Golf View Dr Norfolk NE 68701 | $10,000.00 | | 1055 | 0.1076% | 1 | 0.1076% |
| Donaldson W Kingsley Jr & Patricia Anne Kingsley | | | 1109 N Elm Hastings NE 68901 | $10,000.00 | | 739 | 0.1076% | 1 | 0.1076% |
| Larry L Callen Rev Living Tr | Larry L Callen TTEE | | 10060 E Sabino Estates Dr Tucson AZ 85749 | $40,000.00 | | 222-225 | 0.4303% | 1 | 0.4303% |
| First Westroads Bank | Attn: Larry Ziska | | 15750 W Dodge Rd Omaha NE 68154 | $156,677.88 | | 503-518 | 1.6855% | 1 | 1.6855% |
| Patricia M Kamtz Living Tr | Patricia M Katz TTEE | | 7410 Glynoaks Dr Lincoln NE 68516 | $20,000.00 | | 307-308 | 0.2152% | 1 | 0.2152% |

**Sarpy SID 251 CF Wt List**        **SCHEDULE 1**

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Joy N Anderson Trust | Joy Nixon Anderson TTEE | Vayden R Anderson TTEE | PO Box 659 Stromsburg NE 68666 | $50,000.00 | | 322-326 | 0.5379% | 1 | 0.5379% |
| Butte Inc | | | Box 1328 Cheyenne WY 82003 | $47,824.59 | | 446 & 519-526 | 0.5145% | 1 | 0.5145% |
| J John Miller & Karen K Miller | | | 9601 Thornwood Circle Lincoln NE 68512 | $100,000.00 | | 1127-1136 | 1.0758% | 1 | 1.0758% |
| Security National Bank Omaha | Attn: Bob Anderson | | PO Box 31400 Omaha NE 68131 | $130,000.00 | | 309-321 | 1.3985% | 1 | 1.3985% |
| Rodney E Chrisp Revoc Tr | Rodney E Chrisp TTEE | | 77585 Iroquois Dr Indian Wells CA 92210 | $70,000.00 | | 157-163 | 0.7530% | 1 | 0.7530% |
| Max H Callen | | | 17601 S 82nd Hickman NE 68372 | $20,000.00 | | 1056-1057 | 0.2152% | 1 | 0.2152% |
| Michael Callen | | | 3621 Diablo Dr Lincoln NE 68516 | $80,000.00 | | 226-233 | 0.8606% | 1 | 0.8606% |
| Stacy M Connor Revocable Trust | Mr. John Connor III TTEE | Mrs. Stacy Connor TTEE | 9607 Royal Calcutta Pl Bradenton FL 34202 | $10,000.00 | | 495 | 0.1076% | 1 | 0.1076% |
| Rodney D Rhoden | | | 4111 S 144th St Omaha NE 68137 | $20,000.00 | | 490-491 | 0.2152% | 1 | 0.2152% |
| Sarah F Ginn Revoc Tr | Sarah F Ginn TTEE | | 8459 Woolworth Ave Omaha NE 68124 | $50,000.00 | | 654-658 | 0.5379% | | 0.0000% |
| Pearle F Finigan | | | 6321 A Street Lincoln NE 68510 | $30,000.00 | | 284-286 | 0.3227% | 1 | 0.3227% |
| Francis A Haskins | | | 820 Robert Rd Lincoln NE 68510 | $37,609.09 | | 568, 582-583, 598, 610 & 616 | 0.4046% | 1 | 0.4046% |
| Byron Heyer Tr | Bryon Heyer TTEE | | 86571 528 Ave Plainview NE 68769 | $20,000.00 | | 282-283 | 0.2152% | | 0.0000% |
| Byron Heyer Tr | Bryon Heyer TTEE | | 86571 528 Ave Plainview NE 68769 | $10,000.00 | | 581 | 0.1076% | | 0.0000% |
| Byron Heyer Tr | Bryon Heyer TTEE | | 86571 528 Ave Plainview NE 68769 | $24,316.43 | | 754-755 & 804-806 | 0.2616% | | 0.0000% |
| Dorothy M Haskins | | | 820 Robert Rd Lincoln NE 68510 | $24,617.99 | | 807-809 | 0.2648% | 1 | 0.2648% |
| First National Bank Lewellen | Jack Beard | | Box 248 Lewellen NE 69147 | $100,000.00 | | 696-705 | 1.0758% | 1 | 1.0758% |
| First Natl Bk Pledge A/C Garden County Schools | Jack Beard | | Box 248 Lewellen NE 69147 | $126,818.85 | | 549-561 | 1.3643% | 1 | 1.3643% |
| Clarence W Haws | | | 9615 Firethorn Ln Lincoln NE 68520 | $50,000.00 | | 1043-1047 | 0.5379% | 1 | 0.5379% |
| Paul Marvin Hefti II | | | 3301 Verbena Scottsbluff NE 69361 | $20,000.00 | | 542-543 | 0.2152% | 1 | 0.2152% |
| James K Grabouski | | | 3012 Hamilton Blvd Sioux City IA 51104 | $50,000.00 | | 544-548 | 0.5379% | 1 | 0.5379% |
| James K Grabouski | | | 3012 Hamilton Blvd Sioux City IA 51104 | $50,000.00 | | 1048-1052 | 0.5379% | 1 | 0.5379% |
| John R O'Shea Revocable Trust | John R O'Shea TTEE | | 2201 The Knolls Lincoln NE 68512 | $53,395.85 | | 679-684 | 0.5744% | 1 | 0.5744% |

**Sarpy SID 251 CF Wt List**        **SCHEDULE 1**

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Sarah E O'Shea Revocable Trust | Sarah E. O'Shea TTEE | | 902 N Lakeshore Dr  Lincoln NE 68528 | $40,000.00 | █ | 734-737 | 0.4303% | 1 | 0.4303% |
| Robert E Morin Trust | Robert E Morin TTEE | | 3500 Faulkner Dr Apt #B202  Lincoln NE 68516 | $16,062.24 | █ | 994 & 997 | 0.1728% | 1 | 0.1728% |
| Dorothy O Hayes Revocable Trust | Dorothy O Hayes TTEE | | 6449 Winding Ridge Cir  Lincoln NE 68512 | $17,799.39 | █ | 354-355 | 0.1915% | 1 | 0.1915% |
| Dorothy O Hayes Revocable Trust | Dorothy O Hayes TTEE | | 6449 Winding Ridge Cir  Lincoln NE 68512 | $30,000.00 | █ | 720-722 | 0.3227% | 1 | 0.3227% |
| Dale K Hayes Family Trust | Scott Stuart TTEE | | 3500 Faulkner Dr Apt #B202  Lincoln NE 68516 | $21,480.39 | █ | 993 & 995-996 | 0.2311% | 1 | 0.2311% |
| Vincent J Bird & Elaine H Bird | | | 2607 N 161 Terr  Omaha NE 68116 | $20,000.00 | █ | 335-336 | 0.2152% | 1 | 0.2152% |
| Sam Marchese | | | 1436 N 143rd Ave  Omaha  NE 68154 | $50,000.00 | █ | 370-374 | 0.5379% | 1 | 0.5379% |
| David P Kucirek & Shirley M Kucirek | | | 14102 Tregaron  Ridge Ave Unit F  Bellevue NE 68123 | $10,000.00 | █ | 369 | 0.1076% | 1 | 0.1076% |
| Jack H Miller & Garnet G Miller | TOD Rhonda Marie Stuberg | Jeffrey Lynn Miller | 313 So 49th Ave Omaha NE 68132 | $30,000.00 | █ | 363-365 | 0.3227% | 1 | 0.3227% |
| Curtis State Bank | Attn: John Wilkinson | | 301 Center Ave Box 45 Curtis NE 69025 | $200,000.00 | █ | 5-24 | 2.1515% | 1 | 2.1515% |
| Curtis State Bank | Attn: John Wilkinson | | 301 Center Ave Box 45 Curtis NE 69025 | $97,838.23 | █ | 98-107 | 1.0525% | 1 | 1.0525% |
| Curtis State Bank | Attn: John Wilkinson | | 301 Center Ave Box 45 Curtis NE 69025 | $100,000.00 | █ | 297-306 | 1.0758% | 1 | 1.0758% |
| Roy Yanagida & Dorothy Yanagida | | | 5030 Sugar Creek Rd  Lincoln NE 68516 | $30,000.00 | █ | 938-940 | 0.3227% | 1 | 0.3227% |
| Trent Bills & Mary Lou Bills | | | 23995 W 112th Terrace  Olathe KS 66061 | $30,000.00 | █ | 209-211 | 0.3227% | 1 | 0.3227% |
| Thomas A Tallman Revoc Tr | Thomas A Tallman  TTEE | | 2330 Woodsdale Blvd  Lincoln NE 68502 | $20,000.00 | █ | 411-412 | 0.2152% | 1 | 0.2152% |
| SMITH HAYES Companies | SID Warrants | Attn:  Tom  Smith | Box 83000  Lincoln NE 68501 | $100.00 | █ | 935 | 0.0011% | 1 | 0.0011% |
| SMITH HAYES Companies | SID Warrants | Attn:  Tom  Smith | Box 83000  Lincoln NE 68501 | $130.50 | █ | 955-956 | 0.0014% | 1 | 0.0014% |
| SMITH HAYES Companies | SID Warrants | Attn:  Tom  Smith | Box 83000  Lincoln NE 68501 | $597.44 | █ | 1016 | 0.0064% | 1 | 0.0064% |
| SMITH HAYES Companies | SID Warrants | Attn:  Tom  Smith | Box 83000  Lincoln NE 68501 | $1,118.25 | █ | 1151-1152 | 0.0120% | 1 | 0.0120% |
| SMITH HAYES Companies | SID Warrants | Attn:  Tom  Smith | Box 83000  Lincoln NE 68501 | $3,280.65 | █ | 1165 | 0.0353% | 1 | 0.0353% |
| William R Hengstler | | | 11026 W Waikiki Dr   Sun City AZ 85351 | $50,000.00 | █ | 758-762 | 0.5379% | | 0.0000% |
| Esther M Lewis | | | 7200 Van Dorn Apt #259 Lincoln NE 68506 | $10,000.00 | █ | 1053 | 0.1076% | 1 | 0.1076% |
| Geraldine W Plettner & David C Plettner | | | PO Box 503 Sutton NE 68979 | $50,000.00 | █ | 1058-1062 | 0.5379% | 1 | 0.5379% |

**Sarpy SID 251 CF Wt List**

**SCHEDULE 1**

| Registration1 | Registration2 | | Address | Princ Amt | Cusip | Warrant #'s | PRO RATA SHARE | Approve/C | Percent Voting yes |
|---|---|---|---|---|---|---|---|---|---|
| Geraldine W Plettner & David C Plettner | | | PO Box 503 Sutton NE 68979 | $50,000.00 | | 1098-1102 | 0.5379% | 1 | 0.5379% |
| Donna R Eicher & Warren Eicher | | | 6920 NW 2nd St Lincoln NE 68521 | $6,519.00 | | 966-968 | 0.0701% | 1 | 0.0701% |
| Elmer E Vogt Revoc Liv Tr | Elmer E Vogt Revoc TTEE | | 3720 N 334th Elmwood NE 68349 | $11,538.18 | | 856-858 | 0.1241% | 1 | 0.1241% |
| Richard N Bjorklund & Joyce C Bjorklund | | | 4130 S 39th St Lincoln NE 68506 | $20,000.00 | | 248-249 | 0.2152% | 1 | 0.2152% |
| Richard N Bjorklund & Joyce C Bjorklund | | | 4130 S 39th St Lincoln NE 68506 | $20,000.00 | | 501-502 | 0.2152% | 1 | 0.2152% |
| William A Blauvelt | | | Box 408 Superior NE 68978 | $20,000.00 | | 1066-1067 | 0.2152% | 1 | 0.2152% |
| Patricia A King | | | 8605 W Denton Rd Denton NE 68339 | $20,000.00 | | 499-500 | 0.2152% | 1 | 0.2152% |
| Carl Franzen Rev Trust | Carl Franzen TTEE | | 725 Florida Ave York NE 68467 | $20,000.00 | | 28-29 | 0.2152% | 1 | 0.2152% |
| Carl Franzen Rev Trust | Carl Franzen TTEE | | 725 Florida Ave York NE 68467 | $10,000.00 | | 246 | 0.1076% | 1 | 0.1076% |
| Lyle M & Doris V Jones | TOD Vicki Jordan | Wendy Zimmer & Larry A Jones | 1200 Smoky Hill Rd Lincoln NE 68520 | $10,000.00 | | 250 | 0.1076% | 1 | 0.1076% |
| Citigroup Global Markets Inc. | Attn: Phil Lewis (Reorg Redemption Unit) | | 333 W 34th St – Third Floord New York, NY 10001 | $50,000.00 | | 277-281 | 0.5379% | | 0.0000% |
| Wells Fargo Bank N.A., Custodian | ert Baker TTEE of the Robert Baker Trust | | 13625 California St. STE 200 Omaha, NE 68154 | $27,898.01 | | 639, 643-645, 650 | 0.3001% | 1 | 0.3001% |
| Wells Fargo Bank N.A. | FBO Constance C. O'Neil Trust | | PO Box 1450 WF9919 Minneapolis, MN | $20,000.00 | | 142-143 | 0.2152% | 1 | 0.2152% |
| Merrill Lynch Pierce Fenner & Smith Inc. | Attn: Michael Flinck | | 101 Hudson St - 8th Floor Jersey City, NJ 07302-3997 | $50,000.00 | | 255-259 | 0.5379% | | 0.0000% |
| Penfirn Co. C/o FNB Omaha | Attn: WMG Trust Dept-Mand Reorgs | | 1620 Dodge St Stop Code 1060 Omaha, NE 68197-1060 | $50,000.00 | | 144-147, 150 | 0.5379% | | 0.0000% |
| RBC Capital Markets Corp. | 510 Marquett Ave South | | PO Box 1510 Minneapolis, MN 55402-11 | $50,000.00 | | 758-762 | 0.5379% | | 0.0000% |
| Robert J. Huck | Croker Huck Kasher & Dewitt | | 2120 S. 72nd St – Suite 1200 Omaha, NE 68124-2359 | $128,465.30 | | 85-88, 116, 208, 352, 353, 388, 389, 409, 520-522, 969 | 1.3820% | 1 | 1.3820% |
| DAD & Co. | C/o D.A. Davidson-Karen Harn | | 1111 N 102nd Court – Ste 300 Omaha, NE 68114-2194 | $995,326.90 | | | 10.7075% | 18 | 10.7072% |
| | | | TOTALS | $9,295,647.06 | | | 100.00% | 222 | 92.22% |