**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Sanitary and Improvement District No. 251 of Sarpy

Debtor(s)

Bankruptcy Proceeding No. 09–81825
Chapter 9

Judge:

## NOTICE OF NONCOMPLIANCE

ISSUE:   Chapter 9 Plan

ATTY:   Brian C. Doyle

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 7/14/09

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.