UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: )
) CASE NO. BK09-81825
)
SANITARY AND IMPROVEMENT, ) Chapter 9
DISTRICT NO. 251 OF SARPY COUNTY )
aka SID #251, )
     DEBTOR(S) )

**NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9**
**NOTICE OF AUTOMATIC STAY, NOTICE OF TIME**
**FOR FILING RESISTANCES TO THE PETITION, ORDER FOR RELIEF,**
**NOTICE OF TIME FOR FILING PROOFS OF CLAIMS, AND RELATED ORDERS**
**COMBINED WITH NOTICE THEREOF**

TO: The Debtor, Creditors, Special Taxpayers and Other Parties in Interest

  IT IS ORDERED that debtor shall give immediate notice of the following to all parties in interest and shall publish notice of the commencement of the case and notice of the order of relief required by 11 U.S.C. § 923 and shall file with the Court proofs of publication not later than 10 days after the last publication.

  IT IS FURTHER ORDERED that the last publication of the notice of commencement and notice of the order of relief shall be not less than 15 days prior to the last day to file resistances to the petition.

  IT IS FURTHER ORDERED that the debtor shall file with the Court proof of service by mail at least three business days before the last date for filing of resistances to the petitioner.

  IT IS FURTHER ORDERED that all publications required pursuant to 11 U.S.C. § 923 shall be made in The Wall Street Journal, Lincoln Journal Star and the Omaha World Herald.

  IT IS FURTHER ORDERED and notice is hereby given of:

1.  Notice of Commencement of a Case Under Chapter 9. A case under Chapter 9 of the Bankruptcy Code was commenced by the filing of a petition by the debtor named above on July 13, 2009.

2.  Notice of Automatic Stay. The filing of the petition operates as a stay applicable to all entities of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against an officer or inhabitant of the debtor that seeks to enforce a claim against the debtor, and the enforcement of a lien on or arising out of taxes or assessments owed to the debtor, and

certain other acts and proceedings against the debtor and its property as provided in 11 U.S.C. §§ 362 and 922.

3. <u>Notice of Time for Filing of Resistances to the Petition</u>. Resistances to the petition may be filed by a party-in-interest not later than 45 days after the mailing of this notice by the debtor to all creditors, special taxpayers, and other parties in interest. 11 U.S.C. § 921(c). Resistances shall be filed with the Clerk, U.S. Bankruptcy Court for the District of Nebraska, 111 S. 18th Plaza, Suite. 1125, Omaha, Nebraska 68102, and copies of the resistances shall be mailed to the attorney for thedebtor. All resistances shall state the facts and legal authorities in support of such resistances. If any timely resistances are filed with the Court, the Court will order the resisting party to give proper notice to all parties in interest of the hearing on the resistances.

4. <u>Order for Relief</u>. The filing of the petition constitutes an order for relief under Chapter 9, and this notice shall be deemed notice of such order for relief. 11 U.S.C. §§ 901 and 301. <u>The filing of a resistance to debtor's petition shall be deemed to constitute a motion to vacate the order of relief</u>, and the Court shall proceed as follows: After notice by the resisting party and a hearing, it may dismiss the petition, subject to 11 U.S.C. § 921(e), if the debtor did not file the petition in good faith or if the petition does not meet the requirements of Chapter 9, Title 11, U.S.C.

5. Notice of Time for Filing Proofs of Claims. The debtor has filed or will file a list of claims. Any creditor holding a listed claim which is not disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Creditors whose claims are listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claims on or before <u>[either the specific bar date established by Court Order or "a date to be established by the Bankruptcy Court on application by the debtor.]</u> Any creditor who desires to rely on the list has the responsibility for determining that the claim is accurately listed.

6. <u>Notices</u>. All notices required by subdivisions (a)(2), (3), and (7) of Bankruptcy Rule 2002 shall be mailed only to the committee(s) or to their authorized agents and to the creditors who file with the Court a request that all notices be mailed to them.

DATED: July 16, 2009

                                          BY THE COURT

                                          /s/Thomas L. Saladino
                                          U.S. Bankruptcy Judge