UNITED STATES COURT OF APPEALS
EIGHTH CIRCUIT
UNITED STATES COURTHOUSE, SUITE 11W
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

CHAMBERS OF
JAMES B. LOKEN
CHIEF JUDGE

July 15, 2009

The Hon. Thomas L. Saladino
Chief United States Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA
463 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508-3803

    Re:   **Sanitary and Improvement District 251 of Sarpy County**
            **Bankruptcy Proceeding No. 09-81825**

Dear Judge Saladino:

    I enclose a copy of the Designation form I have signed to authorize your assignment to handle the above-captioned case. I also enclose correspondence from Diane Zech, Clerk of Court, requesting that I designate you to conduct the case.

    As is customary, I am sending the original Designation to the Circuit Executive. I greatly appreciate your willingness to take on this additional bankruptcy case.

    With best regards,

                                 Sincerely,

                                 James B. Loken

/th
Encs.
cc:   Hon. Joseph F. Bataillon
       Millie B. Adams, Circuit Executive

# DESIGNATION OF UNITED STATES BANKRUPTCY JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE EIGHTH CIRCUIT

WHEREAS, in my judgment, the public interest so requires, NOW THEREFORE, I do hereby designate and assign

THE HONORABLE THOMAS L. SALADINO

Chief United States Bankruptcy Judge for the District of Nebraska, to hold a term of court in the United States Bankruptcy Court, District of Nebraska during the period beginning March 2, 2009, and ending upon case closing, and for such additional time in advance thereof to prepare for the hearing of the case, or thereafter as may be required to complete unfinished business in the following case:

In the matter of:

Sanitary and Improvement
District 251 of Sarpy County

Bankruptcy Proceeding No. 09-81825
Chapter 9

Chief Judge James B. Loken
U.S. Court of Appeals
Eighth Circuit

Dated: July 15, 2009

Original: Diane Zech, Clerk, District of Nebraska
cc: Chief Judge Thomas L. Saladino





# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

**OMAHA OFFICE**
ROMAN HRUSKA COURTHOUSE
111 S. 18TH PLAZA, SUITE 1125
OMAHA, NE 68102
(402) 661-7444
Fax (402) 661-7492

**LINCOLN OFFICE**
460 FEDERAL BLDG.
100 CENTENNIAL MALL NORTH
LINCOLN, NE 68508
(402) 437-1625
Fax (402) 437-1624

**DIANE L. ZECH**
CLERK OF COURT

**EVA ROEBER**
CHIEF DEPUTY

July 14, 2009

The Honorable James B. Loken
Chief Judge, United States Court of Appeals
11W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:  Designation of Bankruptcy Judge *

Dear Chief Judge Loken:

    On <u>July 13, 2009</u>, a Chapter 9 case in the matter of Sanitary and Improvement District No. 251 of Sarpy County was filed in the U.S. Bankruptcy Court for the District of Nebraska. Pursuant to 11 U.S.C. § 921(b), the chief judge of the court of appeals designates the bankruptcy judge to conduct the case. The bankruptcy court requests that Bankruptcy Judge Thomas L. Saladino be designated to conduct case number BK09-81825, a Chapter 9 case. See attached Certificate of Designation.

    Should you have any questions, please do not hesitate to contact me. Thank you for your attention to this important matter.

                              Yours truly,

                              /s/Diane L. Zech

                              Diane L. Zech, Clerk of Court

Enclosure

cc:   ***Via e-mail***
      Joseph F. Bataillon, Chief District Judge
      Millie Adams, Circuit Executive

# UNITED STATES BANKRUPTCY COURT
### District of Nebraska
### 111 South 18th Plaza
### Suite 1125
### Omaha, NE 68102

In Re:

    Sanitary and Improvement District No. 251 of     Bankruptcy Proceeding No. 09-81825
Sarpy County     Chapter 9

    Debtor(s)

## CERTIFICATE OF DESIGNATION

    I, Diane Zech, an appointed and qualified clerk of the United States Bankruptcy Court for the District of Nebraska, hereby certifies;

    That the above-named case under 11 U.S.C. Chapter 9, has been filed in the office of the Clerk of the Bankruptcy Court.

    That I, Diane Zech, pursuant to 11 U.S.C. Section 921(b) request that the Honorable James B. Loken, Chief Judge for the Court of Appeals, 8th Circuit, designate Chief Judge Thomas L. Saladino to conduct this case.

Dated: 7/14/09



/s/ Diane Zech
Clerk, U.S. Bankruptcy Court

By: Kourtney Brandl

(Seal of the U.S. Bankruptcy Court)

Date of Issuance: 7/14/09

# CERTIFICATE OF NOTICE

```
District/off: 0867-8          User: kbrandl           Page 1 of 1              Date Rcvd: Jul 16, 2009
Case: 09-81825                Form ID: pdf            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 18, 2009.
db           +Sanitary and Improvement District No. 251 of Sarpy,    11440 W Center RD,    Omaha, NE 68144-4421

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2009**                    **Signature:**    _Joseph Speetjens_