# AFFIDAVIT

**STATE OF TEXAS** )
) ss:
**CITY AND COUNTY OF DALLAS**)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk o[f the]

Publisher of THE WALL STREET JOURNAL, a daily national newspaper of genera[l]

circulation throughout the United States, and that the Notice attached to this Affidavit has

been regularly published in THE WALL STREET JOURNAL for national distribution

for <u>one</u> insertion(s) on the following date(s): <u>July 22, 29 & August 5, 2009</u>; advertiser:

<u>Sarpy County, Nebraska, Sanitary and Improvement District Number 251</u>.; and that the

foregoing statements are true and correct to the best of my knowledge.

_E. Ostenson_ (signature)

Sworn to before me this
<u>5th</u> day of <u>August, 2009</u>.

_Albert Fox_ (signature)
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

---

**NOTICE OF COMMENCEMENT AND NOTICE OF ORDER OF RELIEF**

Please be advised that Sanitary and Improvement District Number 251 of Sarpy County, Nebraska has filed a Voluntary Petition under Chapter 9 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska on July 13, 2009. The case is docketed as Bankruptcy Proceeding No. 09-81825. On July 16, 2009 the Bankruptcy Court of the District of Nebraska issued a Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay, Notice of Time for Filing Resistances to the Petition, Order for Relief, Notice of Time for Filing Proofs of Claims, and Related Orders Combined with Notice Thereof.

Brian C. Doyle
*Attorney for the Debtor*
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, NE 68144
402-334-0700

11440 West Center Road
Omaha, NE 68144
402-334-0700