UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: | Case No:. BK 09-81825 |
| SANITARY AND IMPROVEMENT DISTRICT NO. 251 OF SARPY COUNTY, NEBRASKA, | **CHAPTER 9**<br>**MOTION TO CLOSE CASE** |
| Debtor. | |

COMES NOW Sanitary and Improvement District No. 251 of Sarpy County, ("Debtor") and moves the Court for an order closing the case as the Plan of Adjustment is being successfully implemented and that the administration of the case is completed in accordance with 11 U.S.C. § 945. In support of its Motion the Debtor states as follows:

1. The Court confirmed the Debtor's Plan of Adjustment on November 5, 2009.
2. There have been no objections to the Order Confirming Plan and no request by any party in interest for revocation of the Order Confirming Plan within 180 days of the date of entry of the Order of Confirmation as set forth in 11 U.S.C. § 1144 as applied to Chapter 9 proceedings by 11 U.S.C. § 901.
3. The Debtor and the disbursing agent appointed by the Court are implementing the Plan of Adjustment and the jurisdiction of the Court is no longer necessary for the successful implementation of the Plan of Adjustment. 11 U.S.C. § 945(a).
4. The administration of the case has been completed. 11 U.S.C. § 945(b)

WHEREFORE the Debtor prays for an Order of the Court closing the case in accordance with 11 U.S.C. § 945.

[REMAINING PORTION OF PAGE LEFT BLANK INTENTIONALLY]

Dated this 20th day of May, 2010

By:/s/Brian C. Doyle
Brian C. Doyle (#23001)
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, Nebraska 68144
(402) 334-0700
Fax: (402) 334-0815
brian@fdjlaw.com
Attorney for said Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above and foregoing with the Clerk of the Bankruptcy Court on May 20, 2010 using the CM/ECF system which sent notification to the following: Jerry L. Jensen and Patricia Fahey.

/s/Brian C. Doyle