ntcnc (04/10)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska
### 111 South 18th Plaza
### Suite 1125
### Omaha, NE 68102

In Re:

Sanitary and Improvement District No. 251 of Sarpy

Bankruptcy Proceeding No.  09–81825–TLS
Chapter  9

Debtor(s)

Judge:  Thomas L. Saladino

## NOTICE OF NONCOMPLIANCE

ISSUE:     Motion for Final Decree

ATTY:     Brian C. Doyle

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated:  5/21/10

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.